UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-2000
_____

BRITTANY MORROW;
EMILY MORROW, Minors, In Their Own Right, And By Their Parents
and Natural Guardians, Breadley Morrow and Diedre Morrow;
BRADLEY MORROW;
DIEDRE MORROW, Individually,

Appellants

v.

BARRY BALASKI, Individually; THE BLACKHAWK SCHOOL DISTRICT

PRESENT:   McKEE, <u>Chief</u> <u>Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO,
FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY, JR., VANASKIE, and  NYGAARD[1], <u>Circuit</u> <u>Judges</u>

**ORDER**

The Court, *sua sponte,* orders rehearing *en banc* in the above captioned case.

It is ordered that the Clerk of this Court list the case for rehearing *en banc*

at the convenience of the Court.

By the Court,


  /s/ Theodore A. McKee
Chief Judge


Date: July 12, 2012
tmk/cc: Charles W. Craven, Esq.
        Albert A. Torrence, Esq.

---

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.